[Civil No. 4459.   Filed April 1, 1942.]

[124 Pac. (2d) 316.]

TOM TILLEY WALLER, Appellant, v. LON JORDAN, as Sheriff of Maricopa County, Arizona; and TED LEWIS, Also Known as CLIFF LEWIS, Sheriff of Burleson County, Texas, and Agent of the Governor and State of Texas, Appellees.

Mr. Jacob Morgan, for Appellant.

Mr. Richard F. Harless, County Attorney, and Mr. E. R. Thurman and Mr. Charles B. McAlister, Deputies County Attorney, for Appellees.

LOCKWOOD, C. J.—This is an appeal from an order of the superior court of Maricopa county quashing a writ of *habeas corpus*.

138

Appellant has filed no brief setting forth any errors arising in the proceedings below. Nevertheless, we have examined the record for fundamental errors. The proceedings are regular on their face, and the evidence supports the order of the trial court.

Under such circumstances, the order appealed from is necessarily affirmed.

McALISTER and ROSS, JJ., concur.